IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLIE L. DEGEN,<br><br>            Plaintiff,<br><br>   v.<br><br>CAROLYN W. COLVIN, Acting<br>Commissioner of Social Security,<br><br>            Defendant.<br>_____/ | No. C 15-02677 WHA<br><br>**ORDER GRANTING IN PART AND DENYING IN PART THE GOVERNMENT'S *EX PARTE* MOTION FOR AN EXTENSION TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |

The government's response to plaintiff's motion for summary judgment in this social security appeal was due on November 30. On November 30, the government filed an *ex parte* motion seeking a thirty-day extension, due to "pre-approved leave as well as a heavy workload" (Dkt. No. 12).

The briefing schedule for social security appeals is set by Civil L.R. 16-5. The government has known about this deadline for four weeks and could have approximated it when it answered the complaint on October 5. There is no good cause for this massive extension. The government should have sought a more reasonable extension long before the deadline.

The government's brief shall be due by **DECEMBER 11 AT NOON**. Plaintiff's reply shall be due within fourteen days of service of the government's opposition or counter-motion.

**IT IS SO ORDERED.**

Dated: December 1, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE