IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LESLIE L. DEGEN,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

No. C 15-02677 WHA

**JUDGMENT**

For the reasons stated in the accompanying order on the parties' cross-motions for summary judgment, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of defendant Carolyn W. Colvin, Acting Commissioner of Social Security, and against plaintiff Leslie L. Degen. The Clerk **SHALL CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: September 30, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE